IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CV-223-FL

| | | |
|---|---|---|
| EDGE-WORKS MANUFACTURING COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| HSG, LLC, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court following court-hosted telephonic conference on December 14, 2017, pursuant to Federal Rule of Civil Procedure 16, with plaintiff appearing through counsel Benton Louis Toups, Gregory D. Latham, and Stephen M. Kepper and defendant appearing through counsel Thomas Glenn Varnum and Darrell A. Fruth. This order memorializes the court's oral pronouncements.

1. Plaintiff's motion for temporary restraining order is DENIED. (DE 7). Defendant is directed to file a response to plaintiff's motion for preliminary injunction by December 18, 2017. Plaintiff may file a reply by December 22, 2017. If needed, a hearing on plaintiff's motion for preliminary injunction will be held on January 10, 2018 at 9:30 a.m. in New Bern, North Carolina.

2. Counsel Latham and Kepper are directed to file corrected notices of appearance by 5:00 p.m. on December 15, 2017. Counsel Kepper is also directed at the same time to correct his business name and address listed in his notice of appearance.

3. The court allows counsel for plaintiff and defendant to manually file as needed products relevant to this case without the necessity of filing a motion as directed by Local Rule 79.2(d). All other requirements for manual filing pursuant to the local rules remains in effect.

SO ORDERED, this the 18th day of December, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge