IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:17-cv-223-FL

EDGE-WORKS MANUFACTURING
COMPANY, a North Carolina corporation,

    Plaintiff,

v.

HSG, LLC, a North Carolina limited liability company,

    Defendant.

**ORDER**

Before the Court is Plaintiff's Motion to Lift Stay and Amend Case Management Order ("Motion"). On April 30, 2018, the Court stayed the instant action pending the resolution of United States Patent and Trademark Office's ("USPTO") reexamination of the only patent at issue (DE 48) ("Stay Order"). Having reviewed the Certificate of Reexamination filed by Plaintiff with its Motion, the Court finds that the reexamination proceeding has been dismissed and the validity of the patent at issue has been confirmed by the USPTO. Accordingly, the Court hereby ORDERS as follows:

1. Plaintiff's Motion is hereby GRANTED and the Court's prior Stay Order is vacated.

2. The parties are DIRECTED to confer and file, within twenty-one (21) days of this Order, a proposed revised case management order. If the parties are unable to agree, alternative proposals may be submitted wherein a request for Rule 16 conference may be included.

SO ORDERED, this the 29th day of November, 2018.

_____
HON. LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE

1