**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**No. 7:17-cv-00223-FL**

| | |
|---|---|
| EDGE-WORKS MANUFACTURING COMPANY, a North Carolina corporation, Plaintiff, | **ORDER GRANTING MOTION TO STAY** |
| v. | |
| HSG, LLC and CTG1, LLC, Defendants | |

THIS MATTER is before the Court on the parties' Joint Motion to Stay, filed in this action on January 10, 2020. The parties seek to stay this civil action, in its entirety, for a period of thirty (30) days to allow the parties time to finalize a settlement agreement. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED,

IT IS HEREBY ORDERED that the Parties' Joint Motion to Stay this proceeding is GRANTED. All claims and counterclaims in this case are hereby STAYED for a period of thirty (30) days from the date of entry of this order.

This the 13th day of January, 2020.

_____
HON. LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE