IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-cv-00223-FL

| | |
|---|---|
| EDGE-WORKS MANUFACTURING COMPANY, a North Carolina corporation,<br>    Plaintiff,<br><br>    v.<br><br>HSG, LLC and CTG1, LLC,<br>    Defendants | **ORDER GRANTING<br>JOINT MOTION TO EXTEND STAY** |

THIS MATTER is before the Court on the parties' Joint Motion to Extend Stay (the "Motion"), filed in this action on February 11, 2020. The parties seek to extend the stay period in this civil action, in its entirety, for a period of twenty-one (21) days to allow the parties time to negotiate and finalize a few remaining provisions in the global settlement agreement. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED,

IT IS HEREBY ORDERED that the Parties' Motion is GRANTED. All claims and counterclaims in this case are hereby STAYED for an additional period of twenty-one (21) days from the date of entry of this order.

This the 13th day of February, 2020.

_____
HON. LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE