# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
## No. 7:17-cv-00223-FL

| | |
|---|---|
| EDGE-WORKS MANUFACTURING COMPANY, a North Carolina corporation,<br>    Plaintiff,<br><br>v.<br><br>HSG, LLC and CTG1, LLC,<br>    Defendants | **ORDER GRANTING<br>JOINT MOTION TO EXTEND STAY** |

THIS MATTER is before the Court on the parties' Joint Motion to Extend Stay (the "Motion"), filed in this action on April 3, 2020. The parties seek to extend the stay period in this civil action, in its entirety, for a period of seven (7) days to allow the parties time to negotiate and finalize a few remaining provisions in the global settlement agreement. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED,

IT IS HEREBY ORDERED that the Parties' Motion is GRANTED. All claims and counterclaims in this case are hereby STAYED for an additional period of seven (7) days from the date of entry of this order.

This the 6th day of April, 2020.

_____
HON. LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE